IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTRINO BERKS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3187 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA MILITARY | ) | ORDER |
| DEPARTMENT and the NEBRASKA | ) | |
| ARMY NATIONAL GUARD, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to withdraw complaint for declaratory relief (Filing No. 3). The Court finds it should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff's complaint is dismissed without prejudice on the grounds that it is moot.

DATED this 29th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court